UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-10131-CIV-MARTINEZ/OTAZO-REYES

RM & ASSOCIATES CONSULTING,
INC. a/a/o Miguel Vaquero,

    Plaintiff,

v.

SELECTIVE INSURANCE
COMPANY OF THE SOUTHEAST,

    Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS

**THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss Amended Complaint (DE 12). No response was filed by Plaintiff. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

The Motion to Dismiss (DE 12) is **GRANTED** by default pursuant to Local Rule 7.1(c).

This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall mark this case **CLOSED**.

Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29 day of October, 2019.

                                      JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies to:

United States Magistrate Judge Otazo-Reyes

Counsel of record